SEND JS-6
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 29 2006

CENTRAL DISTRICT OF CA

1  CLIFFORD L. SCHAFFER, State Bar No. 039847
   SCHAFFER, LAX, McNAUGHTON & CHEN
2  A Professional Corporation
   515 South Figueroa Street, Suite 1400
3  Los Angeles, California 90071
   Telephone: (213) 337-1000
4  Facsimile: (213) 337-1010

5  Attorneys for Defendants SURF CITY HOSPITALITY aka SHARKEEZ, INC., 52 PIER
   RESTAURANT, INC., BAJA SHARKEEZ, INC., and NEWPORT SHARKEEZ, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK RICKMAN,<br><br>　　　Plaintiff,<br><br>vs.<br><br>SURF CITY HOSPITALITY aka SHARKEEZ, INC.; a California corporation; 52 PIER RESTAURANT, INC., a California corporation; BAJA SHARKEEZ, INC., a California corporation; NEWPORT SHARKEEZ, INC., a California Corporation,<br><br>　　　Defendant. | CASE NO. SACV 05 1160 AHS (RNBx)<br><br>STIPULATION RE: SETTLEMENT AND [PROPOSED] ORDER OF DISMISSAL |

Plaintiff RICK RICKMAN, and Defendant SURF CITY HOSPITALITY aka SHARKEEZ, INC., Defendant 52 PIER RESTAURANT, INC., Defendant BAJA SHARKEEZ, INC., and Defendant NEWPORT SHARKEEZ, INC. (the "Parties"), hereby stipulate, through their respective undersigned attorneys of record, as follows:

　　1.　　The Parties have entered into a settlement agreement which provides that plaintiff's Complaint be dismissed, with prejudice.

///
///
///
///

DOCKETED ON CM
MAR 30 2006
BY _____ 024

2. The Parties hereby agree that plaintiff's Complaint be dismissed with prejudice, that the Parties shall bear their own respective costs and expenses, including attorneys' fees.

DATED: March 28, 2006

Respectfully submitted,

RUTTER, HOBBS & DAVIDOFF, INC.

BY: _____
GREGORY J. SATER
Attorneys for Plaintiff RICK RICKMAN

DATED: March 19, 2006

SCHAFFER, LAX, McNAUGHTON & CHEN
A Professional Corporation

BY: _____
CLIFFORD L. SCHAFFER
Attorneys for Defendants SURF CITY HOSPITALITY aka SHARKEEZ, INC., 52 PIER RESTAURANT, INC., BAJA SHARKEEZ, INC., and NEWPORT SHARKEEZ, INC.

ORDER

IT IS ORDERED that the plaintiff's Complaint is dismissed with prejudice, and the Parties shall bear all of their own respective costs and expenses, including attorneys' fees.

DATED: MAR 29 2006

_____
UNITED STATES DISTRICT COURT JUDGE

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States of America, am over the age of eighteen (18) years, and not a party to the within action. I am an employee of Rutter Hobbs & Davidoff Incorporated, and my business address is 1901 Avenue of the Stars, Suite 1700, Los Angeles, California 90067.

On March 28, 2006, I caused to be served the following document: **STIPULATION RE: SETTLEMENT AND [PROPOSED] ORDER** on the parties involved addressed as follows:

Clifford L. Schaffer, Esq.
Schaffer, Lax, McNaughton & Chen
515 South Figueroa Street
Suite 1400
Los Angeles, CA 90071
F: 213.337.1010

___ **BY FACSIMILE:** By use of facsimile machine number 310.286.1728, I served a copy of the within document on the above interested parties at the facsimile numbers listed.

___ **BY HAND DELIVERY:** I hand delivered such document with the subpoena attached to the above interested parties and to the deponent JASON BOYCE in person at 555 Fourth Street, San Fernando, CA 91340.

XXX **BY MAIL:** I caused each envelope, with postage thereon fully prepaid, to be placed in the United States mail at Los Angeles, California. I am readily familiar with the business practice for collection and processing of mail in this office; that in the ordinary course of business said document would be deposited with the U.S. Postal Service in Los Angeles on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on this declaration.

✓ *(Federal)* I declare that I am employed in the office of a member of the Bar of this Court at whose direction service was made.

Executed on March 28, 2006, at Los Angeles, California.

*/s/ Janis A. Gabbert*
Janis A. Gabbert